UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>EXIT 27 LLC,<br><br>              Defendant. | Case No.  21-cv-04314-SVK<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

Plaintiff's motion for administrative relief (ECF 14) is **DENIED**. The Court **ORDERS** Plaintiff to show cause why the case should not be dismissed for failure to prosecute, specifically for failure to follow General Order 56, despite innumerable warnings by this Court to Plaintiff's counsel in other matters, and sets the following schedule:

1. An order to show cause hearing will take place on **January 25, 2022 at 1:30 p.m.** via Zoom.
2. Plaintiff's response to OSC is due **January 5, 2022.**
3. Defendant may file a further response or incorporate by reference its opposition to motion for administrative relief by **January 11, 2022.**
4. Plaintiff may file a reply by **January 18, 2022**.

**SO ORDERED.**

Dated: December 20, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge